## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Annamma Jacob,                           :
                    Petitioner            :
                                          :
          v.                              :          No. 1810 C.D. 2017
                                          :
Workers' Compensation Appeal              :
Board (Cardone Industries, Inc. and       :
Phoenix/Travelers Insurance               :
Companies),                               :
                    Respondents           :

## **O R D E R**

NOW, September 6, 2018, upon consideration of petitioner's application for reargument, and respondent Cardone Industries, Inc.'s answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge